# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0442
_____

JEFFREY A. RAPKIN, ESQ.,
VIRGINIA M. RAPKIN,

    Petitioners,

    v.

FLORIDA DEPARTMENT OF
FINANCIAL SERVICES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


April 15, 2026


PER CURIAM.

    DISMISSED. *See State v. Garcia*, 350 So. 3d 322, 325--326 (Fla. 2022) (explaining that a petitioner must establish that an interlocutory order would cause material injury that cannot be corrected on appeal before a court will determine whether the challenged order departed from the essential requirements of the law).

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jeffrey Rapkin, pro se, Petitioner.

No appearance for Respondent.